**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
LEWIS T. BABCOCK, JUDGE**

Civil Case No.  11-cv-00932-LTB

THE ESTATE OF GRAHAM JOHNSON,
ANDREA GAIL STEMPER, as birth parent of Graham Johnson and as co-person representative of the Estate of Graham Johnson, and
ROBERT JOHNSON, as birth parent of Graham Johnson and as co-personal representative of the Estate of Graham Johnson,

      Plaintiffs,

v.

AMERICA ZURICH INSURANCE COMPANY, an Illinois corporation,

      Defendant.

---

## ORDER OF DISMISSAL
---

THIS MATTER having come before the Court on the Stipulation for Dismissal With Prejudice (Doc 7 - filed May 12, 2011), and the Court being fully advised in the premises, it is therefore

ORDERED that this matter shall be **DISMISSED WITH PREJUDICE,** each party to pay their own fees and costs.

                            BY THE COURT:

                              s/Lewis T. Babcock
                            Lewis T. Babcock, Judge

DATED:   May 13, 2011